UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHRISTIAN SEBASTIAN QUEZADA MOLINA,

Petitioner,

- against –

JUDGMENT
1:26-cv-03184(LDH)(CHK)

ACTING ICE DIRECTOR TODD M. LYONS; ACTING AG TODD BLANCHE; DHS SECRETARY MARKWAYNE MULLIN,

Respondents.
------------------------------------------------------------X

An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been issued on June 11, 2026, granting the Petition, ECF No. 1; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Petitioner; and this case is closed.

Dated: Brooklyn, New York
September 30, 2026

Approved by: s/Brenna B. Mahoney
BRENNA B. MAHONEY
Clerk of Court